In the Matter of the Petition of JOHN L. BAME, Petitioner, Appellant, for a Final Order to Remove the Respondents from Real Property and Premises in the Town of Kinderhook, Columbia County, N. Y., against CORA B. RUTHERFORD and DONALD

RUTHERFORD, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.